UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Roberto Aguilar Delgadillo and Rene Fuentes, individuals, on behalf of themselves and all persons similarly situated | ) ) ) ) ) | Case No. 1:12-cv-00540-JMF |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| J.E.R. Construction, LLC; J's Drywall, Inc.; Jose Flores; Rueben Sanchez; Eligio Baltierra; John Doe | ) ) ) ) | |
| Defendants. | ) | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

On January 24, 2014, Plaintiffs Roberto Aguilar Delgadillo and Rene Fuentes filed their motion for default judgment. *See* Dkt. No. 74.[1] The Motion sought the entry of judgment by default against Defendants J's Drywall, Inc. and Jose Flores, payment of damages, and payment of $230,440.25 in attorneys' fees, which represented the fees incurred by Plaintiffs' counsel from the inception of the case through December 31, 2013. Plaintiffs' counsel now submits this memorandum to apprise the Court of additional fees incurred after December 31, 2013. A detailed listing of the supplemental time entries is attached as Exhibit A to the Declaration of Joshua M. Kolsky. As reflected in Exhibit A, Plaintiffs' counsel have incurred $15,880 in additional fees since December 31, 2013, bringing Plaintiffs' counsel's total lodestar in this matter to $246,320.25. As with the fees submitted previously, these additional fees are reasonable and should be awarded. *See* Motion at 9-13.

Dated: April 8, 2014                                Respectfully submitted,

                                                    _____/s/ Joshua M. Kolsky_____
                                                    R. Joseph Barton (DC Bar Number 476510)
                                                    Joshua M. Kolsky (DC Bar Number 993430)
                                                    COHEN MILSTEIN SELLERS & TOLL PLLC
                                                    1100 New York Avenue N.W.
                                                    West Tower, Suite 500
                                                    Washington, D.C. 20005-3964
                                                    Telephone (202) 408-4600
                                                    Facsimile (202) 408-4699
                                                    jbarton@cohenmilstein.com
                                                    jkolsky@cohenmilstein.com

                                                    Laura Brown (DC Bar Number 488292)
                                                    DC EMPLOYMENT JUSTICE CENTER
                                                    1413 K Street NW, 5th Floor

---

[1] On the same date, Plaintiffs also filed their Motion to Implement Settlement. *See* Dkt. No. 73. On February 25, 2014, the settling defendants filed a response stating that they have no objection to the motion. *See* Dkt. No. 75. That motion remains pending.

Washington, DC 20005
Telephone (202) 645-5524
Facsimile (202) 828-9190
lbrown@dcejc.org

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served by electronic CM/ECF filing on this 8th day of April, 2014.  The CM/ECF system will send notification of the filing to Bryan Veis, Esq. and Joshua Erlich, Esq., counsel for Defendants Rueben Sanchez, Eligio Baltierra, and Javier Diaz.  The remaining defendants are in default and are not entitled to service of this document.  *See* Fed. R. Civ. P. 5(a)(2).

                                            /s/ Joshua M. Kolsky
                                               Joshua M. Kolsky